UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| STEVEN MICHAEL CHAPMAN | ) | BANKRUPTCY CASE NUMBER 07-13451 |
| MELISSA LYNN CHAPMAN | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK**

Comes now the undersigned, Yvette Gaff Kleven, Trustee, and by way of notice states the following:

1. The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

2. The Trustee filed her Final Report And Distribution Summary on October 30, 2009, and issued checks as proposed in said proposed distribution.

3. That Check #118 issued to Verizon North Inc., AFNI/Verizon, 404 Brock Drive, Bloomington, IL 61701 on November 20, 2009 in the amount of $464.09 has not been cashed.

3. That Check #135 issued to Verizon North Inc., AFNI/Verizon, 404 Brock Drive, Bloomington, IL 61701 on November 20, 2009 in the amount of $29.88 has not been cashed.

4. That the Trustee hereby gives notice that the total amount of **$493.97** is being presented to the Clerk of the United States Bankruptcy Court for the benefit of such claimant.

Respectfully submitted,

___/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26th day of February, 2010, a true and correct copy of the above and foregoing Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to: United States Trustee, USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to: Verizon North Inc., AFNI/Verizon, 404 Brock Drive, Bloomington, IL 61701.

    /s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven